HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTOPHER AAGE SWENSON, | |
| Plaintiff, | Case Nos. C08-5014 thru C08-5044RBL |
| v. | ORDER |
| E.J. LODGE and C. BURKE, | |
| Defendants. | |

THIS MATTER comes on before the above-entitled Court upon plaintiff's Complaints. Plaintiff has filed 31 separate Complaints seeking to bring criminal charges against the Honorable Edward J. Lodge, United States District Judge for the District of Idaho, and various others. The conduct of federal criminal litigation is an executive function within the exclusive prerogative of the United States Attorney General. *United States v. General Dynamics Corp.*, 828 F.2d 1356, 1366 (9th Cir. 1987). "[A] citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *Lind R.S. v. Richard D.*, 410 U.S. 614, 619 (1973). Therefore, it is well established that private citizens can neither bring a direct criminal action against another person nor can they petition the federal courts to compel the prosecution of another person. *See Maine v. Taylor*, 477 U.S. 131, 137 (1986).

ORDER
Page - 1

1  These cares are hereby **DISMISSED.**

2  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

3  pro se.

4  Dated this 14th day of October, 2008.

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE